**Michael L. WAGNER, Appellant**

v.

**Alberto GONZALES, U.S. Attorney General, Appellee.**

No. 05–5463.

United States Court of Appeals, District of Columbia Circuit.

May 3, 2006.

Michael L. Wagner, Saratoga, CA, pro se.

Before: GINSBURG, Chief Judge, and SENTELLE and ROGERS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed October 3, 2005, be affirmed. The district court did not abuse its discretion in denying reconsideration of the dismissal of the action for failure to allege any injury personal to appellant. *See Firestone v. Firestone,* 76 F.3d 1205, 1208 (D.C.Cir.1996).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. Rule 41.